| | |
|---|---|
| **From:** | Eddie Doran <doraneddie@gmail.com> |
| **Sent:** | Tuesday, February 17, 2026 8:06 AM |
| **To:** | Customer Service |
| **Cc:** | geoffchanin@gmail.com; Joshua Bronstein ESQ |
| **Subject:** | Deed owner filed Bankruptcy- 7 MERRIEWOLD LLC |

**Feb 17th 2026**

**Geoffrey E. Chanin, Esq, Referee,**

**GEOFFREY E CHANIN ESQ**

**Business Address: PO BOX 967**

**GOSHEN, NY 10924-0967**

**(Orange County)**

**Business Phone: (845) 551-9255**

**Email: GEOFFCHANIN@GMAIL.COM**

**Aldridge Pite, LLP - Attorneys for Plaintiff - 40 Marcus Drive, Suite 200, Melville, NY 11747**

**CustomerService@aldridgepite.com**

Deed owner filed Bankruptcy-

7 MERRIEWOLD LLC

NYS Foreclosure

Index No. EF003409-2023

05/25/2023 Partial Participation Recorded

Disposed-Court Date/Application Pending U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST v.
BENTZION JACOBOVITCH et al

1

Exhibit 6

Please confirm receipt.


Tks


Eddie Doran

tel 646-533-0184

Email [Doraneddie@gmail.com](mailto:Doraneddie@gmail.com)

Exhibit 6

Exhibit 6

New York Southern Live System

https://nysb-ecf.sso.dcn/...

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below
was filed under Chapter 11 of the United States Bankruptcy
Code, entered on 02/17/2026 at 09:04 AM and filed on
02/17/2026.

**7 Merriewold LLC**
7 Merriewold Lane S
Monroe, NY 10905
Tax ID / EIN: 41-4302792



The case was assigned case number 26-35163-kyp to Judge Kyu Young Paek.

In most instances, the filing of the bankruptcy case automatically stays certain collec
against the debtor and the debtor's property. Under certain circumstances, the stay ma
not exist at all, although the debtor can request the court to extend or impose a stay. I
debt or take other action in violation of the Bankruptcy Code, you may be penalized.
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the d
our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 355 Ma
12601.

You may be a creditor of the debtor. If so, you will receive an additional notice from
important deadlines.

Vito Genn

Exhibit 6